JANET A. LAWSON #107321
3639 East Harbor Blvd. #109
Ventura, CA 93001
(805) 985-1147
(805)658-2302  (FAX)
jlawsonlawyer@gmail.com

UNITED STATES CENTRAL DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| In Re: KEITH GRADY SPEIR, AND RHONDA LYNN SPEIR, <br><br> Debtors | Case No. 9:14-bk-11835-PC <br><br> Adv.  No. |
| KEITH GRADY SPEIR and RHONDA LYNN SPEIR, <br><br> Plaintiffs, <br><br> vs <br><br> 2425 West Fifth Street CRE, LLC <br><br> Defendant | COMPLAINT: OBJECTION TO CLAIM OF 2425 WEST FIFTH STREET CRE, LLC [CLAIM 4-1] |

PLAINTIFF AND DEBTORS hereby allege as follows:

## I

### JURISDICTION & CORE PROCEEDING

1.   This Court has jurisdiction over the subject matter of this action pursuant to 28. U.S.C. § 157 and 1334, and the Standing Order of Reference of

-1-

the Chief Judge of the United States District Court for the Central District of California dated July 20, 1984.   Plaintiffs are the Debtors in this matter and the complaint asserts causes of action owned by the Plaintiffs.

2.   This is a core proceeding.  It seeks to establish the amount of claim number 4-1 pursuant to Federal Rule of Bankruptcy Procedure Rules 3007(a) and 7001.  A copy of the claim and all amendments to it are attached as Exhibit A.

## II

## FIRST CLAIM FOR RELIEF

### Objection to Claim Number Four

3.   On August 24, 2009 a judgment was entered in Ventura County Superior Court Case CIV 243068 in the amount of $206,327.57 against Keith and Rhonda Speir in favor of Steve and Leana Smith (the "Smiths"). The judgement was for attorney's fees and costs based on a contract provision that awarded such fees and costs to the prevailing party.

4.   On September 9, 2009 the Smiths attorneys ARNOLD, BLEUEL, LaROCHELLE, MATTHEWS & ZIBEL, (the "Civil Attorneys") caused to be recorded an abstract of judgement to secure the judgement.

5.   The abstract of judgement attached to three pieces of real property owned by the Speirs:

> a. 418 South Dos Caminos Ave., Ventura CA 93003[1];
>
> b. 2425 West Fifth Street, Oxnard CA 93030[2] (the "commercial property"); and

---

[1]Lost through foreclosure.

[2]Commercial property sold pursuant to 11 U.S.C. 363 on March 21, 2017.

-2-

c. 1795 Pasadena Ave., Fillmore CA 93015[3].

6. On October 21, 2009 Keith and Rhonda Speir (the "Speirs") filed bankruptcy case number 9:09-bk- 1439.

7. The Smiths and the Civil Attorneys were listed on the Speirs original schedules on Schedule F which was filed the same day as the petition.

8. On February 2, 2010 the Civil Attorneys filed a motion for a 2004 exam in the underlying bankruptcy case. A 2004 exam was conducted in due course.

9. On January 12, 2012 the Civil Attorneys secured an amended judgement in the state court adding the sum of $35,368.00 in post judgement attorney collection fees and $2,791.35 in post judgement costs for enforcing the judgement for a total of $37,159.35.

10. Ultimately the Speirs were unable to confirm a Chapter 11 Plan. The underlying case was dismissed on April 29, 2014.

11. On August 22, 2014 the Speirs filed a second bankruptcy case, 9:14-bk-11835-PC. That case is the underlying case of this action.

12. The Smiths and the Civil Attorneys filed proof of claim in this case which included the amounts contained in the amended judgement. It included a claim for interest at 10%, the amount allowed by state law in cases where recovery is had in a state forum.

13. On December 23, 2016 the Smiths and the Civil Attorneys transfered their claim to 2425 West Fifth Street CRE, LLC, which is owned 100% by Pacific Western Bank.[4] At that time Pacific Western Bank was the holder of the secured note on the commercial property.

14. 2425 West Fifth Street CRE, LLC became the "stalking horse"

---

[3]Debtors current residence.

[4]Exhibit B, declaration of Jeff Goddard.

necessary for the sale of the commercial property on behalf of Pacific Western Bank pursuant to 11 U.S.C. § 363. See the attached Jeff Goddard declaration.

15. On March 21, 2017 the Trustee sold the commercial property pursuant to 11 U.S.C. § 363 to pay off Pacific Western Bank and the Smith Judgement.[5] A third party over bid by $10,000.00 over the stalking horse opening bid.

16. On the date of the sale the federal interest rate was 0.44 percent.

17. The original judgement amount, $206,327.57 would have a value of $213,281.49 as of March 21, 2017 at the federal rate of interest of 0.44 percent pursuant to 28 U.S.C. § 1961.[6]

18. The supplemental fees and costs awarded on January 12, 2012 would have a value of 37,993.35 at 0.44 percent as of March 21, 2017 at the federal rate of interest pursuant to 28 U. S.C. § 1961.[7]

19. 2425 West Fifth Street CRE, LLC estimated for purposes of its "stalking horse bid" that the Smith judgement it acquired had a value of $441,701.09. This amount is $190,426.25 more than what is legally owed on the original judgement and the supplemental fees.

20. Speirs allege that any sums paid to 2425 West Fifth Street CRE, LLC in excess of the amounts permitted by 28 U. S.C. § 1961 is owed to them because the recovery occurred in a federal forum.

**WHEREFORE,** Keith Speir and Rhonda Speir request the following:

1. A determination of the federal interest rates apply to claim 4-1;

---

[5]By agreement the trustee was to receive a minimum of $30,000.00.

[6]See www.uscourts.gov/services/forms/fees/post-judgement-interest-rate and see the United States Bankruptcy Court, Central District of California. Enter search term "interest." See the calculation in Exhibit C.

[7]See the calculation in Exhibit D.

-4-

1    2. For a judgement against 2425 West Fifth Street CRE, LLC for the

2  surplus funds;

3    3. Attorney's fees and costs pursuant to the same underlying contract that

4  the judgement is based upon.

5    June **21**, 2017

6

7                              Janet A. Lawson,
                             Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              -5-

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT    Central District of California | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: Keith Speir and Rhonda Speir | Case Number: 9:14-bk-11835-PC | |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Steve and Leana Smith

**COURT USE ONLY**

Name and address where notices should be sent:
Steve and Leana Smith c/o Higson Cheney Mansfield, PC
1835 Knoll Drive
Ventura, CA 93003

Telephone number: (805) 642-6405    email: echeney@hcmlawfirm.com

❑ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):
Steve and Leana Smith c/o Arnold LaRochelle Mathews VanConas & Zirbel, LLP
300 Esplanade Drive, Suite 2100
Oxnard, CA  93036

Telephone number: (805) 988-9886    email:

❑ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed:    $    309,325.22

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: Judgment for Attorneys' Fees
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: 3 0 6 8 | 3a. Debtor may have scheduled account as: 26140599 (See instruction #3a) | 3b. Uniform Claim Identifier (optional): (See instruction #3b) |
|---|---|---|

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☑Real Estate ❑Motor Vehicle ❑Other
Describe:  Abstract recorded in Ventura County, California

Value of Property: $  1,750,000.00

Annual Interest Rate 10.000% ☑Fixed  or  ❑Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

Basis for perfection:  Recorded Abstract

Amount of Secured Claim:  $    309,325.22

Amount Unsecured:    $    0.00

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

❑ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

❑ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

❑ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

❑ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

❑ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

❑ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. Credits. The amount of all payments on t                                          on #6)

# Exhibit A

B10 (Official Form 10) (04/13)                                                                                                                                               2

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.   ☑ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   Ellen M. Cheney
Title:
Company:   HIGSON CHENEY MANSFIELD, PC                          (Signature)                          12/22/2014
Address and telephone number (if different from notice address above):                                                       (Date)

Telephone number:                    email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the

claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

B10 (Official Form 10) (04/13)

3

| DEFINITIONS | | INFORMATION |
|---|---|---|

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom the debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

Judgment  Calculation for Judgment entered 8/24/2009

| Date of entry | Judgment amount | Annual interest (10%) | Daily interest |
|---|---|---|---|
| 8/24/2009 | $         206,327.57 | $     20,632.76 | $   56.53 |

Interest Calculation

| Dates | # of Days | Interest | |
|---|---|---|---|
| Aug. 25 - Aug 31, 2009 | 7 | $          395.70 | |
| September 2009 | 30 | $       1,695.90 | |
| October 2009 | 31 | $       1,752.43 | |
| November 2009 | 30 | $       1,695.90 | |
| December 2009 | 31 | $       1,752.43 | |
| 2010 | 365 | $     20,633.45 | |
| 2011 | 365 | $     20,633.45 | |
| 2012 | 365 | $     20,633.45 | (10% annual - no leap year) |
| 2013 | 365 | $     20,633.45 | |
| January 2014 | 31 | $       1,752.43 | |
| February 2014 | 28 | $       1,582.84 | |
| March 2014 | 31 | $       1,752.43 | |
| April 2014 | 30 | $       1,695.90 | |
| May 2014 | 31 | $       1,752.43 | |
| June 2014 | 30 | $       1,695.90 | |
| July 2014 | 31 | $       1,752.43 | |
| August 2014 | 21 | $       1,187.13 | |

| | | |
|---|---|---|
| **Total Interest** | **$ 102,997.65** | |
| **Judgment** | **$ 206,327.57** | |
| | **$ 309,325.22** | **Total Claim as of 8/22/2014 filing date** |

9

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1835 Knoll Drive
Ventura, CA  93003

A true and correct copy of the foregoing document entitled (*specify*): **Proof of Claim of Steve and Leana Smith**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/29/2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee's Office at: ustpregion16.wh.ecf@usdoj.gov
Counsel for United States Trustee at: brian.fittipaldi@usdoj.gov
Debtor's counsel Janet Lawson at: jlawsonlawyer@gmail.com
Russell Rapoport for Creditor Pacific Western Bank at: rrapoport@mbnlawyers.com
John Kim for Creditor Santander Bank at: jkim@cookseylaw.com
Nichole Glowin for Creditor Bank of New York Mellon at: nglowin@wrightlegal.net

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 12/29/14, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Keith Speir and Rhonda Speir
2425 W. 5th Street #C
Oxnard, CA  93030

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12/29/14, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 12/29/14 | ELLEN M. CHENEY | |
| *Date* | *Printed Name* | *Signature* |

---

*This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.*

*June 2012* **F 9013-3.1.PROOF.SERVICE**

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT  Central District of California | *Amended* PROOF OF CLAIM |
|---|---|

| Name of Debtor:  Keith Speir and Rhonda Speir | Case Number:  9:14-bk-11835-PC | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Steve and Leana Smith

**COURT USE ONLY**

Name and address where notices should be sent:
Steve and Leana Smith c/o Higson Cheney Mansfield, PC
1835 Knoll Drive
Ventura, CA 93003

Telephone number: (805) 642-6405   email: echeney@hcmlawfirm.com

☑ Check this box if this claim amends a previously filed claim.

Court Claim Number: *4-1*
(If known)

Filed on: *12-29-14*

Name and address where payment should be sent (if different from above):
Steve and Leana Smith c/o Arnold LaRochelle Mathews VanConas & Zirbel, LLP
300 Esplanade Drive, Suite 2100
Oxnard, CA 93036

Telephone number: (805) 988-9886   email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed: $ 309,325.22

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: Judgment for Attorneys' Fees
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: 3 0 6 8

3a. Debtor may have scheduled account as: 26140599 (See instruction #3a)

3b. Uniform Claim Identifier (optional):
(See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☑ Real Estate ☐ Motor Vehicle ☐ Other
Describe: Abstract recorded in Ventura County, California

Value of Property: $ 1,750,000.00

Annual Interest Rate 10.000% ☑ Fixed or ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$

Basis for perfection: Recorded Abstract

Amount of Secured Claim: $ 309,325.22

Amount Unsecured: $ 0.00

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority:
$

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

11

B10 (Official Form 10) (04/13)                                                                                              2

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

---

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.    ☑ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, indorser, or other codebtor.
or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Ellen M. Cheney
Title:
Company:  HIGSON CHENEY MANSFIELD, PC                                          12/22/2014
Address and telephone number (if different from notice address above):    (Signature)    (Date)

Telephone number:                        email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the

claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

B10 (Official Form 10) (04/13)                                                                                      3

| DEFINITIONS | | INFORMATION |
|---|---|---|

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

Judgment Calculation for Judgment entered 8/24/2009

| Date of entry | Judgment amount | Annual interest (10%) | Daily interest |
|---|---|---|---|
| 8/24/2009 | $        206,327.57 | $    20,632.76 | $   56.53 |

Interest Calculation

| Dates | # of Days | Interest | |
|---|---|---|---|
| Aug. 25 - Aug 31, 2009 | 7 | $          395.70 | |
| September 2009 | 30 | $       1,695.90 | |
| October 2009 | 31 | $       1,752.43 | |
| November 2009 | 30 | $       1,695.90 | |
| December 2009 | 31 | $       1,752.43 | |
| 2010 | 365 | $     20,633.45 | |
| 2011 | 365 | $     20,633.45 | |
| 2012 | 365 | $     20,633.45 | (10% annual - no leap year) |
| 2013 | 365 | $     20,633.45 | |
| January 2014 | 31 | $       1,752.43 | |
| February 2014 | 28 | $       1,582.84 | |
| March 2014 | 31 | $       1,752.43 | |
| April 2014 | 30 | $       1,695.90 | |
| May 2014 | 31 | $       1,752.43 | |
| June 2014 | 30 | $       1,695.90 | |
| July 2014 | 31 | $       1,752.43 | |
| August 2014 | 21 | $       1,187.13 | |

| | | |
|---|---|---|
| **Total Interest** | **$ 102,997.65** | |
| **Judgment** | **$ 206,327.57** | |
| | **$ 309,325.22** | **Total Claim as of 8/22/2014 filing date** |

14

1 │ Dennis LaRochelle, Bar #71599
    dlarochelle@atozlaw.com
2 │ ARNOLD, BLEUEL, LaROCHELLE,
    MATHEWS & ZIRBEL, LLP
3 │ 300 Esplanade Drive, Suite 2100
    Oxnard, California 93036
4 │ Telephone: (805) 988-9886
    Facsimile: (805) 988-1937
5 │
    Attorneys for Defendants Steve Smith and Leana Smith
6 │

**RECEIVED**
VENTURA SUPERIOR COURT

JUL 2 8 2009

VENTURA
SUPERIOR COURT
**FILED**

AUG 2 4 2009

MICHAEL D. PLANET
Executive Officer and Clerk
BY: _____, Deputy
JESSICA BROWN

7 │

8 │ SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 │ COUNTY OF VENTURA

10 │

11 │ KEITH SPEIR AND RHONDA SPEIR,   )   **CASE NO.   CIV 243068**

12 │      Plaintiff,   )   [PROPOSED] JUDGMENT

13 │   v.   )

14 │ STEVE SMITH AND LEANA SMITH,   )
     et al.   )

15 │     )

16 │      Defendants.   )

17 │

18 │     The Award of Edwin M. Osborne, Judge of the Superior Court (Retired), having been confirmed

19 │ by order of this court on August 24, 2009,

20 │

21 │     IT IS ADJUDGED that plaintiffs and respondents Keith Speir and Rhonda Speir take nothing

22 │ from defendants and petitioners Steve Smith and Leana Smith and that petitioners Steve Smith and

23 │ Leana Smith recover from respondents Keith Speir and Rhonda Speir, jointly and severally, the sum of

24 │ _206,327.57_____, together with interest thereon at the legal rate of 10% per year from July

25 │ 8, 2009, and costs.

26 │

27 │ Dated: ___AUG 2 4 2009____   ___STEVEN HINTZ___

28 │                           Judge of the Superior Court

1

[PROPOSED] JUDGMENT

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF VENTURA

I am employed in the County of Ventura, State of California. I am over the age of 18 and am not a party to the within action; my business address is 300 Esplanade Drive, Suite 2100, Oxnard, CA.

On July _28_, 2009, I served the foregoing document described as [Proposed] Judgment on interested parties in this action:

__XX__   By placing ___ the original __XX__ a true copy thereof enclosed in sealed envelopes addressed as follows:

Tareq M. Hishmeh, Esq.                          Attorney for Plaintiffs
Hathaway, Perrett, Webster,                     Keith Speir and Rhonda Speir
Powers, Chrisman & Gutierrez
5450 Telegraph Road, Suite 200
Post Office Box 3577
Ventura, CA  93006-3577                          Fax:  805/644-8296

__XX__   **BY MAIL:**  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Oxnard, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___   **BY OVERNIGHT COURIER:** I caused the envelopes to be picked up by Federal Express for overnight delivery.

___   **BY PERSONAL DELIVERY:**  I caused the envelope to be delivered by hand to the offices of the addressee.

___   **BY FACSIMILE:**   I caused to be transmitted the document described herein via the Fax number listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on July _28_, 2009 , at Oxnard, California.

Jacky Mahan

2

[PROPOSED] JUDGMENT

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, etc., State Bar number, and
telephone number):
Recording requested by and return to:
Dennis LaRochelle (#71599)
Arnold, Bleuel, LaRochelle, Mathews, etc
300 Esplanade Drive, Suite 2100
Oxnard, CA  93036
dlarochelle@atozlaw.com
(805) 988-9886

[X] ATTORNEY    [X] JUDGMENT    [ ] ASSIGNEE OF
    FOR              CREDITOR         RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   VENTURA
STREET ADDRESS: 800 South Victoria Avenue
MAILING ADDRESS: 800 South Victoria Avenue
CITY AND ZIP CODE: Ventura, CA  93009
BRANCH NAME:

**20090902-00147994-0  1/2**
Ventura County Clerk and Recorder
James B. Becker, Assistant
09/02/2009 01:31:42 PM
346773 $34.00 BU

FOR RECORDER'S USE ONLY

PLAINTIFF: KEITH SPEIR AND RHONDA SPEIR, etc.

DEFENDANT: STEVE SMITH AND LEANA SMITH, et al.

~~LIEN NOTICE MAILED~~

CASE NUMBER:
CIV 243068

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS | [ ] Amended | FOR COURT USE ONLY |
|---|---|---|

1. The [X] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
            Name and last known address

   Keith Speir
   1795 Pasadena Avenue     Lien notice mailed to debtor at
   Fillmore, CA  93015      address shown Govt Code 27297.5

   b. Driver's license no. [last 4 digits] and state: S          [X] Unknown
   c. Social security no. [last 4 digits]:                       [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
      mailed to (name and address):

2. [X] Information on additional judgment
       debtors is shown on page 2.
3. Judgment creditor (name and address):
   Steve Smith
   18200 Deer Road, Fayetteville, Arkansas 72703
Date: August 27, 2009
Dennis LaRochelle
_____
         (TYPE OR PRINT NAME)

4. [X] Information on additional judgment
       creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
       a. Date:
       b. Instrument No.:

▶ _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 206,327.57
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 08/24/09
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
       is endorsed on the judgment as follows:
       a. Amount: $
       b. In favor of (name and address):

[SEAL]                    Michael D. Planet

This abstract issued on (date):

AUG 2 8 2009

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until
           (date):
12. a. [X] I certify that this is a true and correct abstract of
           the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    Clerk, by _____, Deputy
                      V. PONS

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS

Legal
Solutions
Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: KEITH SPEIR AND RHONDA SPEIR, etc. | CASE NUMBER: |
|---|---|
| DEFENDANT: STEVE SMITH AND LEANA SMITH, et al. | CIV 243068 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:
    Leana Smith
    18200 Deer Road
    Fayetteville, Arkansas  72703

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.  Name and last known address

    Rhonda Speir
    1795 Pasadena Avenue
    Fillmore, CA  93015   Lien notice mailed to debtor at
                          address shown Govt Code 27297.5

Driver's license no. [last 4 digits]
and state:                                          ☒ Unknown
Social security no. [last 4 digits]:                ☒ Unknown
Summons was personally served at or mailed to *(address)*:

17.  Name and last known address

Driver's license no. [last 4 digits]
and state:                                          ☐ Unknown
Social security no. [last 4 digits]:                ☐ Unknown
Summons was personally served at or mailed to *(address)*:

18.  Name and last known address

Driver's license no. [last 4 digits]
and state:                                          ☐ Unknown
Social security no. [last 4 digits]:                ☐ Unknown
Summons was personally served at or mailed to *(address)*:

19.  Name and last known address

Driver's license no. [last 4 digits]
and state:                                          ☐ Unknown
Social security no. [last 4 digits]:                ☐ Unknown
Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1835 Knoll Drive
Ventura, CA 93003

A true and correct copy of the foregoing document entitled (*specify*): *Amended* **Proof of Claim of Steve and Leana Smith**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
12/30/2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee's Office at: ustpregion16.wh.ecf@usdoj.gov
Counsel for United States Trustee at: brian.fittipaldi@usdoj.gov
Debtor's counsel Janet Lawson at: jlawsonlawyer@gmail.com
Russell Rapoport for Creditor Pacific Western Bank at: rrapoport@mbnlawyers.com
John Kim for Creditor Santander Bank at: jkim@cookseylaw.com
Nichole Glowin for Creditor Bank of New York Mellon at: nglowin@wrightlegal.net

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 12/30/14, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will
be completed</u> no later than 24 hours after the document is filed.

Keith Speir and Rhonda Speir
2425 W. 5th Street #C
Oxnard, CA 93030

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method
for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12/30/14, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/30/14 | ELLEN M. CHENEY | |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Alan M. Mirman, Esq. (SBN 66883)<br>Russell H. Rapoport, Esq. (SBN 58083)<br>MIRMAN, BUBMAN & NAHMIAS, LLP<br>21860 Burbank Boulevard, Suite 360<br>Woodland Hills, California 91367<br>Telephone: (818) 451-4600<br>Facsimile:   (818) 451-4620 | |
| ☐   *Individual appearing without attorney*<br>☒   *Attorney for:* Assignee,2425 West Fifth Street CRE Llc | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>         KEITH G. SPEIR<br>         RHONDA L. SPEIR<br><br><br><br><br>                              Debtor(s). | CASE NO.: 9:14-BK-11835-PC<br>CHAPTER: 11<br><br>**REQUEST FOR ISSUANCE OF**<br>**NOTICE OF TRANSFER OF CLAIM**<br>**PURSUANT TO FRBP 3001(e)**<br><br>[No Hearing Required] |
|---|---|

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please issue the required notice to the Original Creditor identified below that all right, title and interest in and to the following claim has been transferred:

1.   Person or entity to whom the claim has been transferred (Substitute Creditor):

     Name:     2425 West Fifth Street CRE LLC                Telephone Number:

     Address:
                  5404 Wisconsin Ave., 2nd Floor
                  Chevy Chase, MD  20815

2.   Date of transfer of claim:     12/01/2016

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California. .

*December 2012*                              Page 1                     **F 3001-1.REQ.TRANSFER.CLAIM**

3. Type of claim:   ☐ secured    ☐ priority unsecured    ☐ general unsecured

4. Amount of claim:   $ 309,325.22 _____   5. Date of filing of Proof of Claim: _12/30/2014_

6. Claims docket number: __4-2_____   7. Date of transfer of claim: _12/01/2016_

8. Person or entity who filed the claim (Original Creditor):

   Name:      Steve and Leana Smith c/o _____   Telephone Number: ___(805) 988-9886_____
                       Higson Cheney Mansfield, PC
   Address:   1835 Knoll Drive _____
              Ventura, CA 93003 _____
              _____
              _____

9. Attorney (if any) for the Original Creditor, as set forth on Proof of Claim:

   Name:      Ellen M. Cheney _____   Telephone Number: ___(805) 642-6405_____

   Address:   Higson Cheney Mansfield, PC _____
              1835 Knoll Drive _____
              Ventura, CA 93001 _____
              _____

10. A true and correct copy of the Proof of Claim originally filed is attached hereto as "Exhibit A." True and correct copies of the documents evidencing the transfer of the claim are attached as "Exhibit B."

Date: _12/23/2016_                          **SUBSTITUTE CREDITOR**


                                            _/s/ Russell H. Rapoport, attorneys for_____
                                            Signature         2425 West Fifth Street CRE LLC

                                            _2425 West Fifth Street CRE LLC_____
                                            Printed name of Substitute Creditor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

_December 2012_                     Page 2            **F 3001-1.REQ.TRANSFER.CLAIM**

21

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

21860 Burbank Blvd., Suite 360, Woodland Hills, CA  91367

A true and correct copy of the foregoing document entitled: **REQUEST FOR ISSUANCE OF NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP 3001(e)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 12/23/2016   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (date) 12/23/2016   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date)            , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/23/2016 | ANA I. ACOSTA | |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 3                    **F 3001-1.REQ.TRANSFER.CLAIM**

22

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Tina M Chen    tinamchen@ymail.com
- Ellen M. Cheney    amansfield@mansfield.law,
  echeney@mansfield.law;blythe@mansfield.law;mcpclawfirmcmecf@gmail.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Nichole Glowin    nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- John H Kim    jkim@cookseylaw.com, jhkim@ecf.courtdrive.com
- Janet A Lawson    jlawsonlawyer@gmail.com, jlawsonlawyer@ecf.inforuptcy.com
- Sandra McBeth (TR)    jwalker@mcbethlegal.com, CA65@ecfcbis.com
- Scott H Noskin    snoskin@mbnlawyers.com, aacosta@mbnlawyers.com
- Russell H Rapoport    rrapoport@mbnlawyers.com, aacosta@mbnlawyers.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Jennifer H Wang    jwang@cookseylaw.com, jwang@ecf.courtdrive.com

**SERVED BY UNITED STATES MAIL**:

Hon. Peter H. Carroll
United States Bankruptcy Court
Central District of California
1415 State Street, Suite 230 / Courtroom 201
Santa Barbara, CA  93101-2511

Steve and Leana Smith c/o Higson Cheney Mansfield, PC
1835 Knoll Drive
Ventura, CA  93003

Steve and Leana Smith c/o Arnold LaRochelle Mathews VanConas & Zirbel, LLP
300 Esplanade Drive, Suite 2100
Oxnard, CA  93036

Steve Smith and Leana Smith
18200 Deer Road
Fayetteville, Arkansas 72703

{00436104}

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Alan M. Mirman, Esq. (SBN 66883)<br>Russell H. Rapoport, Esq. (SBN 58083)<br>MIRMAN, BUBMAN & NAHMIAS, LLP<br>21860 Burbank Boulevard, Suite 360<br>Woodland Hills, California 91367<br>Telephone:  (818) 451-4600<br>Facsimile:  (818) 451-4620 | |
| ☐  *Individual appearing without attorney*<br>☒  *Attorney for:* Assignee,2425 West Fifth Street CRE Llc | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>      KEITH G. SPEIR<br>      RHONDA L. SPEIR<br><br><br><br><br><br>                                    Debtor(s). | CASE NO.: 9:14-BK-11835-PC<br>CHAPTER: 11<br><br>**NOTICE OF TRANSFER OF CLAIM<br>PURSUANT TO FRBP 3001(e)**<br><br><br>[No Hearing Required] |
|---|---|

TO THE ORIGINAL CREDITOR WITH FILED PROOF OF CLAIM AND ITS ATTORNEY, IF ANY:

PLEASE TAKE NOTICE that all right, title and interest in and to the claim described below has been transferred:

1.  Person or entity to whom the claim has been transferred (Substitute Creditor):

    Name:  2425 West Fifth Street CRE LLC                              Telephone number: _____

    Address:   5404 Wisconsin Ave., 2nd Floor
                    Chevy Chase, MD  20815

2.  Date of transfer of claim:     12/01/2016

3.  Type of claim:     ☒  secured        ☐  priority unsecured        ☐  general unsecured

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                      Page 1                      **F 3001-1.NOTICE.TRANSFER.CLAIM**

4. Amount of claim:    $ 309,325.22           5. Date of filing of Proof of Claim:    12/30/2014

6. Claims docket number:    4-2       7. Date of transfer of claim:    12/01/2016

8. Person or entity who filed the claim (Original Creditor):

     Name:  Steve and Leana Smith c/o Higson Cheney Mansfield, PC   Telephone number:  (805) 988-9886

     Address:    1835 Knoll Drive
                   Ventura, CA  93003

9. Attorney (if any) for the Original Creditor, as set forth on Proof of Claim:

     Name:  Ellen M. Cheney       Telephone number:  (805) 642-6405

     Address:    Higson Chenye Mansfield, PC
                   1835 Knoll Drive
                   Ventura, CA  93001

10. A true and correct copy of the Proof of Claim originally filed is attached hereto as "Exhibit A." True and correct copies of the documents evidencing the transfer of the claim are attached as "Exhibit B."

11. Any objection to the transfer of the claim must be filed and served on or before the following date: 01/09/2017 . If no objection is timely filed, the Substitute Creditor will be substituted for the Original Creditor in the amount set forth above. Any objection must be filed with the Clerk of the Bankruptcy Court. Any objection must also be served by mail on the Substitute Creditor and its attorney, if any, at their addresses set forth above.

Date: _____

                         **KATHLEEN J. CAMPBELL**
                         **Clerk of Court**

                         By: _____
                               *Deputy Clerk*

### CLERK'S PROOF OF MAILING

I hereby certify that I mailed a copy of the foregoing Notice of Transfer of Claim Pursuant to FRBP 3001(e) to the persons and entities on the attached service list on the following date *(specify date)*: _____

Date: _____

                         **KATHLEEN J. CAMPBELL**
                         **Clerk of Court**

                         By: _____
                               *Deputy Clerk*

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2            **F 3001-1.NOTICE.TRANSFER.CLAIM**

# EXHIBIT A

Case 9:14-bk-11835-PC   Doc 199-1   Filed 12/23/16   Entered 12/23/16 11:38:30   Desc
Notice of Transfer of Claim Pursuant to FRBP 3001(e)   Page 4 of 18
Case 9:14-bk-11835-PC   Claim 4-2   Filed 12/30/14   Desc Main Document   Page 1 of
9

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT    Central District of California | PROOF OF CLAIM *Amended* |
|---|---|

| Name of Debtor:<br>**Keith Speir and Rhonda Speir** | Case Number:<br>**9:14-bk-11835-PC** | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Steve and Leana Smith**

Name and address where notices should be sent:
Steve and Leana Smith c/o Higson Cheney Mansfield, PC
1835 Knoll Drive
Ventura, CA  93003

Telephone number: (805) 642-6405     email: echeney@hcmlawfirm.com

Name and address where payment should be sent (if different from above):
Steve and Leana Smith c/o Arnold LaRochelle Mathews VanConas & Zirbel, LLP
300 Esplanade Drive, Suite 2100
Oxnard, CA  93036

Telephone number: (805) 988-9886     email:

**COURT USE ONLY**

☑ Check this box if this claim amends a previously filed claim.

Court Claim Number: *4-1*
(*If known*)

Filed on: *12-29-14*

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:**     $_____309,325.22

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Judgment for Attorneys' Fees
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor:<br>3   0   6   8 | 3a. Debtor may have scheduled account as:<br>26140599<br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br>_____<br>(See instruction #3b) |
|---|---|---|

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☑ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: Abstract recorded in Ventura County, California

Value of Property: $ 1,750,000.00

Annual Interest Rate 10.000% ☑ Fixed  or  ☐ Variable
(when case was filed)

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**

$_____

Basis for perfection: Recorded Abstract

Amount of Secured Claim: $ 309,325.22

Amount Unsecured: $ 0.00

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

Case 9:14-bk-11835-PC   Doc 199-1   Filed 12/23/16   Entered 12/23/16 11:38:30   Desc
Notice of Transfer of Claim Pursuant to FRBP 3001(e)   Page 5 of 18
Case 9:14-bk-11835-PC   Claim 4-2   Filed 12/30/14   Desc Main Document   Page 2 of
9

B10 (Official Form 10) (04/13)                                                                                                    2

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See Instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.   ☑ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: __Ellen M. Cheney__
Title: _____
Company: __HIGSON CHENEY MANSFIELD, PC__
Address and telephone number (if different from notice address above):                (Signature)                        12/22/2014
                                                                                                                                  (Date)

Telephone number: _____   email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the

claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

Case 9:14-bk-11835-PC   Doc 199-1   Filed 12/23/16   Entered 12/23/16 11:38:30   Desc
Notice of Transfer of Claim Pursuant to FRBP 3001(e)   Page 6 of 18
Case 9:14-bk-11835-PC   Claim 4-2   Filed 12/30/14   Desc Main Document   Page 3 of
9

B10 (Official Form 10) (04/13)                                                                                                    3

---

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system
(www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

Case 9:14-bk-11835-PC    Doc 199-1    Filed 12/23/16    Entered 12/23/16 11:38:30    Desc
Notice of Transfer of Claim Pursuant to FRBP 3001(e)    Page 7 of 18
Case 9:14-bk-11835-PC    Claim 4-2    Filed 12/30/14    Desc Main Document    Page 4 of
9

Judgment Calculation for Judgment entered 8/24/2009

| Date of entry | Judgment amount | Annual interest (10%) | Daily interest |
|---|---|---|---|
| 8/24/2009 | $    206,327.57 | $    20,632.76 | $   56.53 |

Interest Calculation

| Dates | # of Days | Interest | |
|---|---|---|---|
| Aug. 25 - Aug 31, 2009 | 7 | $    395.70 | |
| September 2009 | 30 | $   1,695.90 | |
| October 2009 | 31 | $   1,752.43 | |
| November 2009 | 30 | $   1,695.90 | |
| December 2009 | 31 | $   1,752.43 | |
| 2010 | 365 | $  20,633.45 | |
| 2011 | 365 | $  20,633.45 | |
| 2012 | 365 | $  20,633.45 | (10% annual - no leap year) |
| 2013 | 365 | $  20,633.45 | |
| January 2014 | 31 | $   1,752.43 | |
| February 2014 | 28 | $   1,582.84 | |
| March 2014 | 31 | $   1,752.43 | |
| April 2014 | 30 | $   1,695.90 | |
| May 2014 | 31 | $   1,752.43 | |
| June 2014 | 30 | $   1,695.90 | |
| July 2014 | 31 | $   1,752.43 | |
| August 2014 | 21 | $   1,187.13 | |

|  |  |
|---|---|
| Total Interest | $ 102,997.65 |
| Judgment | $ 206,327.57 |
| | $ 309,325.22  Total Claim as of 8/22/2014 filing date |

Case 9:14-bk-11835-PC    Doc 199-1    Filed 12/23/16    Entered 12/23/16 11:38:30    Desc
Notice of Transfer of Claim Pursuant to FRBP 3001(e)    Page 8 of 18
Case 9:14-bk-11835-PC    Claim 4-2    Filed 12/30/14    Desc Main Document    Page 5 of
9

1  Dennis LaRochelle, Bar #71599
   dlarochelle@atozlaw.com
2  ARNOLD, BLEUEL, LaROCHELLE,
   MATHEWS & ZIRBEL, LLP
3  300 Esplanade Drive, Suite 2100
   Oxnard, California 93036
4  Telephone: (805) 988-9886
   Facsimile: (805) 988-1937
5
   Attorneys for Defendants Steve Smith and Leana Smith
6

**RECEIVED**
VENTURA SUPERIOR COURT

JUL 2 8 2009

VENTURA
SUPERIOR COURT
FILED

AUG 2 4 2009

MICHAEL D. PLANET
Executive Officer and Clerk
BY: _____, Deputy
JESSICA BROWN

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                          COUNTY OF VENTURA

10

11  KEITH SPEIR AND RHONDA SPEIR,        )    CASE NO.    CIV 243068
                                          )
12              Plaintiff,                )    [PROPOSED] JUDGMENT
                                          )
13         v.                             )
                                          )
14  STEVE SMITH AND LEANA SMITH,          )
    et al.                                )
15                                        )
                                          )
16              Defendants.               )
                                          )
17  ─────────────────────────────────────

18         The Award of Edwin M. Osborne, Judge of the Superior Court (Retired), having been confirmed

19  by order of this court on August 24, 2009,

20

21         IT IS ADJUDGED that plaintiffs and respondents Keith Speir and Rhonda Speir take nothing

22  from defendants and petitioners Steve Smith and Leana Smith and that petitioners Steve Smith and

23  Leana Smith recover from respondents Keith Speir and Rhonda Speir, jointly and severally, the sum of

24  _206,327.57_ , together with interest thereon at the legal rate of 10% per year from July

25  8, 2009, and costs.

26

27  Dated:    AUG 2 4 2009         STEVEN HINTZ
                                   ─────────────────────────────
28                                 Judge of the Superior Court

                                   1
                          [PROPOSED] JUDGMENT

31

Case 9:14-bk-11835-PC   Doc 199-1   Filed 12/23/16   Entered 12/23/16 11:38:30   Desc
Notice of Transfer of Claim Pursuant to FRBP 3001(e)   Page 9 of 18
Case 9:14-bk-11835-PC   Claim 4-2   Filed 12/30/14   Desc Main Document   Page 6 of
9

1                           **PROOF OF SERVICE**

2                 **STATE OF CALIFORNIA, COUNTY OF VENTURA**

3      I am employed in the County of Ventura, State of California. I am over the age of 18 and am not

4 a party to the within action; my business address is 300 Esplanade Drive, Suite 2100, Oxnard, CA.

5      On July _28_, 2009, I served the foregoing document described as [Proposed] Judgment on

6 interested parties in this action:

7 **XX**  By placing ___ the original **XX** a true copy thereof enclosed in sealed envelopes addressed as

8 follows:

9     Tareq M. Hishmeh, Esq.              Attorney for Plaintiffs
     Hathaway, Perrett, Webster,         Keith Speir and Rhonda Speir

10     Powers, Chrisman & Gutierrez
     5450 Telegraph Road, Suite 200

11     Post Office Box 3577
     Ventura, CA  93006-3577           Fax: 805/644-8296

12

13 **XX**   **BY MAIL:**  As follows: I am "readily familiar" with the firm's practice of collection and

14      processing correspondence for mailing. Under that practice it would be deposited with the

15      U.S. postal service on that same day with postage thereon fully prepaid at Oxnard, California,

16      in the ordinary course of business. I am aware that on motion of the party served, service is

17      presumed invalid if postal cancellation date or postage meter date is more than one day after

18      date of deposit for mailing in affidavit.

19 ___   **BY OVERNIGHT COURIER:** I caused the envelopes to be picked up by Federal Express for

20      overnight delivery.

21 ___   **BY PERSONAL DELIVERY:**  I caused the envelope to be delivered by hand to the offices

22      of the addressee.

23 ___   **BY FACSIMILE:**   I caused to be transmitted the document described herein via the Fax

24      number listed above.

25      I declare under penalty of perjury under the laws of the State of California that the above is true

26 and correct. Executed on July _28_, 2009 , at Oxnard, California.

27                                _Jacky Mahan_
                              Jacky Mahan

28

                                 2

                   **[PROPOSED] JUDGMENT**

Case 9:14-bk-11835-PC    Doc 199-1    Filed 12/23/16    Entered 12/23/16 11:38:30    Desc
Notice of Transfer of Claim Pursuant to FRBP 3001(e)    Page 10 of 18
Case 9:14-bk-11835-PC    Claim 4-2    Filed 12/30/14    Desc Main Document    Page 7 of
9

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, State Bar number, and telephone number):*

Dennis LaRochelle  (#71599)
Arnold, Bleuel, LaRochelle, Mathews, etc
300 Esplanade Drive, Suite 2100
Oxnard, CA  93036
dlarochelle@atozlaw.com
(805) 988-9886

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** VENTURA
**STREET ADDRESS:** 800 South Victoria Avenue
**MAILING ADDRESS:** 800 South Victoria Avenue
**CITY AND ZIP CODE:** Ventura, CA  93009
**BRANCH NAME:**

20090902-00147994-0  1/2
Ventura County Clerk and Recorder
James B. Becker, Assistant
09/02/2009 01:31:42 PM
345773 $34.00 SU

FOR RECORDER'S USE ONLY

LIEN NOTICE MAILED

**PLAINTIFF:** KEITH SPEIR AND RHONDA SPEIR, etc.

**DEFENDANT:** STEVE SMITH AND LEANA SMITH, et al.

**CASE NUMBER:** CIV 243068

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   
   Name and last known address

   Keith Speir
   1795 Pasadena Avenue
   Fillmore, CA  93015

   Lien notice mailed to debtor at address shown Govt Code 27297.5

   b. Driver's license no. [last 4 digits] and state: S    [X] Unknown
   c. Social security no. [last 4 digits]:    [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Steve Smith
   18200 Deer Road, Fayetteville, Arkansas  72703
   Date: August 27, 2009
   Dennis LaRochelle
   _____
   (TYPE OR PRINT NAME)

4. [X] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

▶ _____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 206,327.57
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 08/24/09
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

Michael D. Planet

This abstract issued on *(date):*

AUG 2 8 2009

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

    Clerk, by _____ , Deputy
    V. PONS

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Legal Solutions Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

33

Case 9:14-bk-11835-PC    Doc 199-1    Filed 12/23/16    Entered 12/23/16 11:38:30    Desc
Notice of Transfer of Claim Pursuant to FRBP 3001(e)    Page 11 of 18
Case 9:14-bk-11835-PC    Claim 4-2    Filed 12/30/14    Desc Main Document    Page 8 of
9

| PLAINTIFF: KEITH SPEIR AND RHONDA SPEIR, etc. | CASE NUMBER: |
| DEFENDANT: STEVE SMITH AND LEANA SMITH, et al. | CIV 243068 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
Leana Smith
18200 Deer Road
Fayetteville, Arkansas 72703

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.          Name and last known address

Rhonda Speir
1795 Pasadena Avenue
Fillmore, CA 93015        Lien notice mailed to debtor at
                         address shown Govt Code 27297.5

Driver's license no. [last 4 digits]
and state:                              ☒ Unknown
Social security no. [last 4 digits]:    ☒ Unknown
Summons was personally served at or mailed to *(address):*

17.          Name and last known address

Driver's license no. [last 4 digits]
and state:                              ☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown
Summons was personally served at or mailed to *(address):*

18.          Name and last known address

Driver's license no. [last 4 digits]
and state:                              ☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown
Summons was personally served at or mailed to *(address):*

19.          Name and last known address

Driver's license no. [last 4 digits]
and state:                              ☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. January 1, 2006]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

Case 9:14-bk-11835-PC    Doc 199-1    Filed 12/23/16    Entered 12/23/16 11:38:30    Desc
Notice of Transfer of Claim Pursuant to FRBP 3001(e)    Page 12 of 18
Case 9:14-bk-11835-PC    Claim 4-2    Filed 12/30/14    Desc Main Document    Page 9 of
9

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1835 Knoll Drive
Ventura, CA  93003

A true and correct copy of the foregoing document entitled (specify): ~~Amended~~ **Proof of Claim of Steve and Leana Smith**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date)
12/30/2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee's Office at: ustpregion16.wh.ecf@usdoj.gov
Counsel for United States Trustee at: brian.fittipaldi@usdoj.gov
Debtor's counsel Janet Lawson at: jlawsonlawyer@gmail.com
Russell Rapoport for Creditor Pacific Western Bank at: rrapoport@mbnlawyers.com
John Kim for Creditor Santander Bank at: jkim@cookseylaw.com
Nichole Glowin for Creditor Bank of New York Mellon at: nglowin@wrightlegal.net

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On (date) 12/30/14, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will
be completed no later than 24 hours after the document is filed.

Keith Speir and Rhonda Speir
2425 W. 5th Street #C
Oxnard, CA  93030

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method
for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 12/30/14, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/30/14 | ELLEN M. CHENEY | |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

35

# EXHIBIT B

<table>
<tr><td>

1
2
3
4

</td><td>

Russell H. Rapoport, Esq., SBN 58083
**MIRMAN, BUBMAN & NAHMIAS, L.L.P.**
21860 Burbank Boulevard, Suite 360
Woodland Hills, California 91367
Telephone:    (818) 995-2555
Facsimile:    (818) 451-4620
Email:        rrapoport@mbnlawyers.com

</td><td>

(SPACE BELOW FOR FILING STAMP ONLY)
VENTURA COUNTY
SUPERIOR COURT
**FILED** by **FAX**

</td></tr>
</table>

5    Attorneys for Assignee, 2425 West Fifth Street CRE LLC

6

7

8                          **SUPERIOR COURT OF CALIFORNIA**

9                              **COUNTY OF VENTURA**

10

11    KEITH SPEIR and RHONDA SPEIR, etc.,        Case No. CIV 243068

12              Plaintiffs.

13    v.                                         **ACKNOWLEDGMENT OF ASSIGNMENT
                                                 OF JUDGMENT AND JUDGMENT LIENS**

14    STEVE SMITH and LEANA SMITH, et. al.,      [Code Civ. Proc. §§ 673, 681.020;
                                                 Civ. Code § 954.5]
15              Defendants.

16

17

18         1.    On August 24, 2009, judgment was entered in this action in favor of Steve Smith

19    and Leana Smith ("Judgment Creditors") and against Keith Speir and Rhonda Speir (collectively,

20    "Judgment Debtors") in the sum of $206,327.57.

21         2.    On December 9, 2010, an amended judgment was entered in this action to add post-

22    judgment enforcement costs, post-judgment enforcement attorney's fees, and post-judgment

23    accrued interest, for a total sum of $271,096.18.  (The judgment and amended judgment are

24    collectively referred to as "the Judgment").

25         3.    Judgment Creditors and 2425 West Fifth Street CRE LLC ("Assignee") have

26    entered into that certain agreement pursuant to which Judgment Creditors have agreed to assign,

27    transfer, convey and sell all of its right, title and interest in the Judgment.

28    ///

---

                      Acknowledgment of Assignment of Judgment

4.     The following information is provided pursuant to Code of Civil Procedure §673:

(a) The Judgment was entered in the Superior Court of California, County of Ventura, located at 800 South Victoria Avenue, Ventura, California 93009, under civil case number CIV 243068.

(b) Judgment was entered on August 24, 2009 in the amount of $206,327.57 and amended on December 9, 2010 to add post-judgment enforcement costs, post-judgment enforcement attorney's fees, and post-judgment accrued interest, for a total sum of $271,096.18. The Amended Judgment was filed in the records of the Court referenced in Section 4(a), above both on December 9, 2010 and again on January 12, 2011.

(c) The name and address of the Judgment Creditors are:

Steve Smith and Leana Smith

18200 Deer Road, Fayetteville, Arkansas, 72703.

(d) The name and address of the Judgment Debtors are:

Keith Speir and Rhonda Speir

1795 Pasadena Avenue, Filmore, California 93015.

(e) The right represented by the Judgment is the right to recover the sums due under the Judgment and/or its equivalent value, including all accrued interest and allowable post-judgment costs, from the Judgment Debtors designated on the Judgment to the fullest extent allowed by law.

(f) The right assigned by Judgment Creditors to Assignee, are all of Judgment Creditors' rights, title, and interests in the Judgment and the existing judgment liens, if any, created by and existing in favor of Judgment Creditors.

(g) This acknowledgment shall not constitute an action or proceeding that is subject to or prohibited by the automatic stay arising under 11 U.S.C. § 362 or discharge pursuant to 11 U.S.C. § 542, as applicable, in any bankruptcy case of the Judgment Debtors filed under Title 11 of the United States Code.

(h) The name and address of the Assignee of the Judgment is:

2425 West Fifth Street CRE LLC

---

**Acknowledgment of Assignment of Judgment**

---

5404 Wisconsin Ave. 2nd FL
Chevy Chase, MD 20815

Or

2425 West Fifth Street CRE LLC
c/o Mirman, Bubman & Nahmias, LLP,
21860 Burbank Blvd., Suite 360, Woodland Hills, California 91367-7406

Executed this _1_ day of ~~November,~~ *December* 2016 at *Fayetteville*, Arkansas.

Steve Smith, Judgment Creditor

Leana Smith, Judgment Creditor

## ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the
> individual who signed the document to which this certificate is attached, and not the
> truthfulness, accuracy, or validity of that document.

State of Arkansas
County of _Washington_

On _12/01/16_ _____ before me, _John E Walsh, Notary Public,_
                                      (insert name and title of the officer)
personally appeared Steve Smith and Leana Smith who proved to me on the basis of satisfactory
evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies),
and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the
foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (John E. Walsh) (Seal)

> JOHN E WALSH
> Notary Public - Arkansas
> Washington County
> Commission # 12698300
> My Commission Expires Jul 25, 2026

Acknowledgment of Assignment of Judgment

39

(SPACE BELOW FOR FILING STAMP ONLY)

## PROOF OF SERVICE

LOS ANGELES COUNTY    )
                      ) ss
STATE OF CALIFORNIA    )

I am employed in the County of Los Angeles, State of California, in the office of a member of the bar of this court at whose direction the service was made. I am over the age of 18 and not a party to the within action. My business address is 21860 Burbank Boulevard, Suite 360, Woodland Hills, California 91367.

On **December 5, 2016,** I served a true and correct copy of the document described as **ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT AND JUDGMENT LIENS** on the interested parties named below, as follows:

## SEE ATTACHED SERVICE LIST

[X]    (BY MAIL) I am familiar with the ordinary business practice of the law firm of MIRMAN, BUBMAN & NAHMIAS, LLP for collection and processing of correspondence for mailing with the United States Postal Service at the aforementioned place of business and that the above-entitled document was placed in a sealed envelope and deposited for collection and mailing on the date stated above, following such ordinary practices, and in such manner as to cause it to be deposited with the United States Postal Service that same day, with postage thereon fully prepaid, in the ordinary course of business, addressed as indicated above.

[ ]    (BY FACSIMILE TRANSMISSION) Based on the agreement of the parties to accept service by facsimile transmission, I faxed the document(s) to the person(s) via facsimile machine number (818) 451-4620 to the person(s) at the fax number(s) listed on the service list on December 5, 2016. No error was reported by the facsimile machine that I used.

[ ]    (BY E-MAIL) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission. I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful..

[ ]    (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

[ ]    (BY EXPRESS MAIL, CCP 1013(c,d) I caused such envelope to be placed in the box regularly maintained by the express service carrier, Federal Express, at 21860 Burbank Blvd., Suite 360, Woodland Hills, California.

[X]    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 5, 2016, at Woodland Hills, California.

ANA L. ACOSTA

40

<u>Service List</u>
*Speir v. Smith, et al.*

1

2

Ellen M. Cheney, Esq.
Mansfield Cheney, PC
2775 N. Ventura Rd., Unit 201
Oxnard, CA 93036
Telephone: (805) 642-6406
Facsimile: (805) 290-1853

Alejandro P. Gutierrez, Esq.
Hathaway Building
5450 Telegraph Rd., #200
Ventura, CA 93003
Telephone: (805) 644-7111

Dennis La Rochelle, Esq.
Arnold Bleuel, et al.
300 Esplanade Dr., #2100
Oxnard, CA 93030
Telephone: (805) 988-9886
Facsimile: (805) 988-1937

Janet A. Lawson, Esq.
3639 E Harbor Blvd., #109
Ventura, CA 93001
Telephone: (805) 985-1147
Facsimile: (805) 658-2302

Keith G. Speir
Rhonda L. Speir
2425 West 5th Street, #C
Oxnard, CA 93030

**PROOF OF SERVICE**

{00430021}

41

## DECLARATION OF JEFF GODDARD

I, Jeff Goddard, declare:

1.      I am the president of 2425 West Fifth Street CRE LLC ("Buyer"), which is the proposed purchaser of the bankruptcy estate's real property in Oxnard, California. I am also Executive Vice president of Pacific Western Bank.

2.      Buyer is a wholly owned subsidiary of Pacific Western Bank which holds the note secured by a first deed of trust encumbering the subject property.  That note is in default as it has matured and not been paid when due.  The bank determined that it would be more efficient to have the property sold by the bankruptcy trustee than for relief from the stay to be obtained and foreclosure remedies utilized.  Among other considerations, I believe that the bankruptcy sale process may be more likely to generate purchaser interest and an overbid that would pay the encumbrances and generate a surplus for the estate compared to the power of sale foreclosure process.

3.      Buyer was formed as a special purpose entity to acquire title to the property, though it is the bank's fervent hope that an overbidder will materialize.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Ventura County, California this 21st day of February, 2017.
Orange

Jeff Goddard

14

Exhibit B

42



**HOW MUCH IS MY JUDGMENT WORTH TODAY?**

## Judgment interest calculator

Your Original Judgment Amount:$ 206327.57

The Date Your Judgment Was Entered: 8   24   2009

Annual Interest Rate: .44   %

Calculate    Clear

This Is The Daily Interest You Are Earning: 2.487236

This Is The Number of Days Since You Won Your Judgment: 2858

This Is The Interest You Have Earned On Your Judgment: 7108.52

**This Is The Value of Your Judgment Today: 213436.09**

**If you don't want us to collect your judgment, learn how to collect it yourself with our complete judgment collection training course / system.**

Products - Judgment Collection Training System
Prices - Judgment Collection Course
Table Of Contents

## Judgement interest calculator

---

CALCULATION MADE ON 6/21/2017.
SUBTRACT 91 DAYS
INTEREST AS OF MARCH 21, 2017
$6,953.92

---

Exhibit C



### WWW.JUDGMENTCENTER.COM
#### We Collect Judgments

- Home
- What we do
- How Much will it cost?
- The Judicial Process
- Contact us

**Products**
**Buy Now**
**FAQ's**
-----------------------

**HOW MUCH IS MY JUDGMENT WORTH TODAY?**

## Judgment interest calculator

Your Original Judgment Amount:$ 37159.35

The Date Your Judgment Was Entered: 1    12    2012

Annual Interest Rate: .44        %

Calculate    Clear

This Is The Daily Interest You Are Earning: 0.447948

This Is The Number of Days Since You Won Your Judgment: 1987

This Is The Interest You Have Earned On Your Judgment: 890.07

**This Is The Value of Your Judgment Today: 38049.42**

**If you don't want us to collect your judgment, learn how to collect it yourself with our complete judgment collection training course / system.**

Products - Judgment Collection Training System

Prices - Judgment Collection Course

Table Of Contents

## Judgement interest calculator

CALCULATION MADE ON 6/21/2017.
SUBTRACT 91 DAYS
INTEREST AS OF MARCH 21, 2017
$834.00

## Exhibit D

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Janet A. Lawson #107321<br>3639 East Harbor Blvd. #109<br>Ventura CA 93001<br>(805) 985-1147<br>jlawsonlawyer@gmail.com<br><br><br><br><br>*Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br>KEITH GRADY SPEIR<br>RHONDA LYNN SPEIR<br><br><br><br>Debtor(s). | CASE NO.: 9:14-BK-11835<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: |
|---|---|
| KEITH GRADY SPEIR<br>RHONDA LYNN SPEIR<br><br><br>Plaintiff(s)<br>Versus<br><br>2425 WEST FIFTH STREET CRE, LLC<br><br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT:  A Complaint has been filed by the Plaintiff against you.  If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint.  You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page.  The deadline to file and serve a written response is _____.  If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| **Hearing Date:** _____ | **Address:** |
|---|---|
| **Time:** _____<br>**Courtroom:** _____ | ☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL**
**CLERK OF COURT**


Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: _____


By: _____
            Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                  Page 2                          **F 7004-1.SUMMONS.ADV.PROC**

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| KEITH SPEIR AND RHONDA SPEIR | 2425 WEST FIFTH STREET CRE, LLC |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| Janet A. Lawson, 3635 East Harbor Blvd. #109, Ventura CA 93001 (805) 985-1147 | |

| PARTY (Check One Box Only) | PARTY (Check One Box Only) |
|---|---|
| ☐ xDebtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee | ☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ xCredit  ☐ Other<br>or<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

objection to claim 4-1

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

| FRBP 7001(1) – Recovery of Money/Property | FRBP 7001(6) – Dischargeability (continued) |
|---|---|
| ☐ 11-Recovery of money/property - §542 turnover of property<br>☐ 12-Recovery of money/property - §547 preference<br>☐ 13-Recovery of money/property - §548 fraudulent transfer<br>☐ 14-Recovery of money/property - other | ☐ 61-Dischargeability - §523(a)(5), domestic support<br>☐ 68-Dischargeability - §523(a)(6), willful and malicious injury<br>☐ 63-Dischargeability - §523(a)(8), student loan<br>☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation<br>(other than domestic support)<br>☐ 65-Dischargeability - other |
| **FRBP 7001(2) – Validity, Priority or Extent of Lien**<br>X☐ 21-Validity, priority or extent of lien or other interest in property | |
| **FRBP 7001(3) – Approval of Sale of Property**<br>☐ 31-Approval of sale of property of estate and of a co-owner - §363(h) | **FRBP 7001(7) – Injunctive Relief**<br>☐ 71-Injunctive relief – imposition of stay<br>☐ 72-Injunctive relief – other |
| **FRBP 7001(4) – Objection/Revocation of Discharge**<br>☐ 41-Objection / revocation of discharge - §727(c),(d),(e) | **FRBP 7001(8) Subordination of Claim or Interest**<br>☐ 81-Subordination of claim or interest |
| **FRBP 7001(5) – Revocation of Confirmation**<br>☐ 51-Revocation of confirmation | **FRBP 7001(9) Declaratory Judgment**<br>☐ 91-Declaratory judgment |
| **FRBP 7001(6) – Dischargeability**<br>☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims<br>☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud<br>☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny<br>**(continued next column)** | **FRBP 7001(10) Determination of Removed Action**<br>☐ 01-Determination of removed claim or cause<br>**Other**<br>☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*<br>☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case) |

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>  Keith and Rhonda Speir | BANKRUPTCY CASE NO.<br>  9:14-bk-11835-PC | |
| DISTRICT IN WHICH CASE IS PENDING<br>  Central District of California | DIVISION OFFICE<br>Northern | NAME OF JUDGE<br>Peter Carroll |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>    6/21/17 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br><br>  Janet A. Lawson #107321 | |

## INSTRUCTIONS

        The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

        A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

        The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.